AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| William O'Reilly, on behalf of himself and all others similarly situated<br>*Plaintiff(s)*<br>v.<br><br>JUUL LABS, INC., ALTRIA GROUP, INC., et al.<br>*Defendant(s)* | **Case No. 19-MD-02913-WHO**<br>*In Re: JUUL Labs, Inc., Marketing, Sales Practices and Products Liability Litigation*<br><br>This Document relates to<br>Civil Action No.    3:20-cv-1556-WHO |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

   **SEE ATTACHED SERVICE LIST**


   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Scott Powell; Hare, Wynn, Newell & Newton, LLP, 2025 Third Avenue North, Suite 800, Birmingham AL 35203; scott@hwnn.com; Phone (205) 328-5330; Fax (205) 324-2165. See also ¶ I in the Case Management Order No. 3, Direct Filing Order, entered 12/13/2019 (Doc. 309), in IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, 19-md-02913-WHO.


   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date:   April 20, 2020

*CLERK OF COURT*
*Susan Y. Soong*

*Felicia Brown*
*Signature of Clerk or Deputy Clerk*

**3:20-cv-01556-WHO O'Reilly v. Juul Labs, Inc. et al**

## DEFENDANTS

Phillip Morris USA, Inc.
MDL2913_Service_PMUSA@arnoldporter.com;

Altria Client Services LLC
MDL2913_Service_AltriaClientServices@arnoldporter.com;

Altria Group Distribution Company
MDL2913_Service_AltriaDistributionGroup@arnoldporter.com;

Altria Enterprises LLC
*At Address/Email agreed to by the parties*

James Monsees
89 Belgrave Avenue
San Francisco, CA 94117-4225
*Or by agreement of the parties*

Adam Bowen
360 Elm Street
San Mateo, CA 94401-2512
*Or by agreement of the parties*

Nicholas Pritzker
JUULMDLService@nixonpeabody.com

Ho Young Huh
JUULMDLService@nixonpeabody.com

Riaz Valani
JUULMDLService@nixonpeabody.com

McLane Company, Inc.
MDL2913_Service_McLane@wtotrial.com

Eby-Brown Company, LLC
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801
*Or by agreement of the parties*

Core-Mark Holding Company, Inc.
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801
*Or by agreement of the parties*